■ Phillip Del Nero, Appellant, v Mark Colvin, Respondent. (Appeal No. 1.) [974 NYS2d 814]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered March 14, 2012. The order, among other things, granted the motion of defendant for summary judgment dismissing the second amended complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (see *Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.